IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | |
| NationsRent, Inc., et al.,[1] | Case Nos. 01-11628 through 01-11639 (PJW) |
| | Jointly Administered |
| Debtors. | Chapter 11 |
| NationsRent Unsecured Creditor's Liquidating Trust, Perry Mandarino, not personally, but as Trustee | |
| Plaintiff, | |
| v. | District Court Case Nos. (KAJ): |
| Advanced Tire Inc. | 04-CV-713 |
| Airdyne Management Inc. | 04-CV-714 |
| ASAP Equipment Rental & Sales | 04-CV-716 |
| ATP Div. 25 | 04-CV-717 |
| Beard Equipment Co. | 04-CV-718 |
| Dawson Personnel | 04-CV-719 |
| DCR Transport Service | 04-CV-720 |
| Blue Ribbon Tire Co., Inc. | 04-CV-721 |
| EJ Reynolds, Inc. | 04-CV-722 |
| Carruth-Doggett Industries, Inc. | 04-CV-723 |
| FL Hydraulic Machinery | 04-CV-725 |
| CMD Group | 04-CV-726 |
| Future Equipment | 04-CV-727 |
| GCR Pensacola Truck Tire Ctr. | 04-CV-730 |
| GMR Marketing LLC | 04-CV-731 |
| Crosscheck, Inc. | 04-CV-732 |

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

| | |
|---|---|
| Goodyear Commercial Tire & Service Center | 04-CV-733 |
| Cyrk, Inc. a/k/a Cyrk Acquisition | 04-CV-734 |
| Mutual Industries | 04-CV-737 |
| Nabors Radiator & Electric | 04-CV-738 |
| Harte-Hanks | 04-CV-739 |
| US Market Inc. | 04-CV-740 |
| Joe Money Machinery | 04-CV-741 |
| Office Management Systems Inc. | 04-CV-742 |
| Ingram Trucking LLC | 04-CV-744 |
| Pro-Cut Products Inc. | 04-CV-746 |
| Reeder Distributors Inc. | 04-CV-749 |
| Relizon | 04-CV-750 |
| Saber Fleet Services, Inc. d/b/a Weiland Tire Service | 04-CV-753 |
| Sherwin-Williams | 04-CV-754 |
| Scotty's Oil Company, Inc. | 04-CV-755 |
| Maxim Group | 04-CV-757 |
| Maxout Sourcing Services | 04-CV-758 |
| The Valvoline Company | 04-CV-759 |
| Morgan Marshall Industries Inc. | 04-CV-763 |
| A.O.K. Tire Mart II, Inc. | 04-CV-766 |
| Ael Leasing Co., Inc. | 04-CV-767 |
| GSR Construction, Inc. | 04-CV-768 |
| Gullo Ford Mercury | 04-CV-769 |
| Hick's Petroleum Distributors, Inc. | 04-CV-770 |
| Holt Equipment Company Co., LLC | 04-CV-772 |
| Ajaco Towing | 04-CV-773 |
| John Ray and Sons Inc. | 04-CV-774 |

| | |
|---|---|
| Orlando Industrial Contractors | 04-CV-776 |
| Original Equipment Replacement Parts, Inc. | 04-CV-777 |
| Johnson Ford Truck | 04-CV-779 |
| Parkway Truck Sales, Inc. | 04-CV-781 |
| M.P. Brine Inc. | 04-CV-783 |
| Authorized Equipment, Inc. | 04-CV-784 |
| Neff Rental Inc. | 04-CV-785 |
| Pratt & Whitney Canada, Inc. | 04-CV-786 |
| Diamond J. Transport, Inc. | 04-CV-787 |
| Equiptechs, Inc. | 04-CV-789 |
| Promotion Solution Inc. | 04-CV-790 |
| Progressive Tractor Corp. | 04-CV-791 |
| Olsen Tire | 04-CV-792 |
| Contractors Machinery Co. Inc. | 04-CV-795 |
| Southeastern Crane | 04-CV-799 |
| BBF, Ltd | 04-CV-800 |
| C.G.& E. | 04-CV-802 |
| Vic's Tire Service | 04-CV-804 |
| Texana Machinery Corp. | 04-CV-805 |
| Commercial Tire Inc. | 04-CV-806 |
| Tacony Corporation | 04-CV-808 |
| ADA Resources Inc. | 04-CV-976 |
| Texas Pneumatic Tool | 04-CV-979 |
| American Hydraulics | 04-CV-980 |
| Allied Products | 04-CV-983 |
| TMP Worldwide Inc. also known as Monster Worldwide, Inc. | 04-CV-986 |
| Kent Demolition Tools | 04-CV-987 |
| Alternators Unlimited Reb. | 04-CV-988 |

| | |
|---|---|
| Land & Sea Petroleum, Inc. | 04-CV-993 |
| Central Tire | 04-CV-995 |
| Cintas Corp. #318, Cintas Corporation No. 2 | 04-CV-996 |
| Little Beaver, Inc. | 04-CV-997 |
| Columbus McKinnon Corp. | 04-CV-999 |
| Corporate Express | 04-CV-1001 |
| Truck PM Corporation | 04-CV-1002 |
| Diamant Boart Inc. | 04-CV-1004 |
| Tsurumi (America) Inc. | 04-CV-1005 |
| Diamond Hydraulics | 04-CV-1006 |
| Harbor Graphics Corporation | 04-CV-1007 |
| The Miller Spreader Co. | 04-CV-1008 |
| Uniontools, Inc. | 04-CV-1009 |
| Diamond Products | 04-CV-1010 |
| US Imaging Solutions | 04-CV-1012 |
| Hindley Electronics, Inc. | 04-CV-1013 |
| Mission Critical System, Inc. | 04-CV-1014 |
| Hunt & Sons | 04-CV-1019 |
| Creative Financial Staffing | 04-CV-1021 |
| C-Tech Industries | 04-CV-1022 |
| Empire Partner Inc. | 04-CV-1023 |
| Multiquip Inc. | 04-CV-1025 |
| Bobcat Company | 04-CV-1026 |
| Naab Consulting Corp. | 04-CV-1027 |
| Mobile Storage Group, Inc. | 04-CV-1028 |
| Robertson Fleet Service Inc. | 04-CV-1029 |
| 4 Star Air Hydraulics & Ind. | 04-CV-1030 |
| Action Tire Company | 04-CV-1031 |
| Rhode Island Tire Co. Inc. | 04-CV-1032 |

| | |
|---|---|
| 3-D/Costal Oil Company | 04-CV-1033 |
| Bradenton Fuel Oil, Inc. | 04-CV-1037 |
| Black & Veatch Constr. | 04-CV-1039 |
| NAPA Auto Parts, National Automotive Parts Association | 04-CV-1041 |
| Igloo Products Corp. | 04-CV-1042 |
| ID Technologies, Inc. | 04-CV-1043 |
| Nortrax Equipment Co. South LA | 04-CV-1044 |
| Nortrax Equipment Co. SE, LLC | 04-CV-1045 |
| Hart Industries Inc. | 04-CV-1046 |
| Partner Industrial Products | 04-CV-1047 |
| Gene Jackson Tire Co. | 04-CV-1049 |
| Star Tire Company Inc. | 04-CV-1050 |
| GFC Leasing | 04-CV-1051 |
| Sullivan Palatek Inc. | 04-CV-1052 |
| Rentlink Inc. | 04-CV-1054 |
| Palmer Distributing & Sales | 04-CV-1055 |
| Parts Associates | 04-CV-1056 |
| Bay Counties Pitcock Petroleum Inc. | 04-CV-1060 |
| Peterson Tire Inc. | 04-CV-1061 |
| Lockhart Tire | 04-CV-1062 |
| Nashville Tractor & Equip. Inc. formally known as Nashville Ford Tractor | 04-CV-1063 |
| Nortrax NE LLC | 04-CV-1064 |
| Hoffman | 04-CV-1065 |
| NSTAR Electric & Gas Corporation | 04-CV-1066 |
| NACM | 04-CV-1067 |
| Nationswide Rental | 04-CV-1069 |
| Illuminating Company | 04-CV-1070 |

| | |
|---|---|
| Vermeer of Tennessee, Inc. | 04-CV-1071 |
| Buckeye Tire & Service | 04-CV-1072 |
| Napa Auto Parts of Franklin | 04-CV-1073 |
| Industrial Hydraulics | 04-CV-1075 |
| Son Coast, Hauling, CCC | 04-CV-1077 |
| Vickers & Asso, Inc. | 04-CV-1079 |
| Jimmy's Garage | 04-CV-1080 |
| Viking Oil | 04-CV-1081 |
| Compass Bank | 04-CV-1082 |
| Southern Energy Company | 04-CV-1084 |
| Nickey Petroleum Co. Inc. | 04-CV-1085 |
| Voltech Company | 04-CV-1087 |
| OTR Tire & Supply Co. | 04-CV-1088 |
| Overland Machinery Co. | 04-CV-1089 |
| EMC Corp. | 04-CV-1090 |
| Lionudakis Wood & Green Waste | 04-CV-1091 |
| Penick, Parr & Associates | 04-CV-1092 |
| Southern Linc | 04-CV-1093 |
| Spectra Precision d/b/a Richard B. Trimble | 04-CV-1094 |
| Diversified Credit Service | 04-CV-1096 |
| Watkins Oil Co Inc. | 04-CV-1097 |
| Pipeline Supply & Service | 04-CV-1098 |
| Speedway New Holland | 04-CV-1100 |
| Stewart & Stevenson | 04-CV-1101 |
| Sterling Truck of Utah | 04-CV-1102 |
| World Wide Welding & Press Inc. | 04-CV-1103 |
| Roland J. Robert Dist. Inc. | 04-CV-1104 |
| Don's Tire Service, Inc. | 04-CV-1106 |
| Vermeer Sales and Service of Southern Ohio, Inc. | 04-CV-1107 |

| | |
|---|---|
| Pro Chem Cleaning | 04-CV-1108 |
| Sellers Petroleum Products Inc. | 04-CV-1109 |
| Sunbelt Rentals Inc. | 04-CV-1110 |
| Dorris Cleaning | 04-CV-1111 |
| Vermeer Sales & Service of Colorado, Inc. | 04-CV-1112 |
| Staffing Master.com | 04-CV-1113 |
| Douglass Distributing | 04-CV-1114 |
| Keson Industries Inc. | 04-CV-1116 |
| Dutchess Forging | 04-CV-1117 |
| Quick Corner CITGO | 04-CV-1119 |
| Tex Con Oil Company | 04-CV-1120 |
| JAM Distributing Company | 04-CV-1123 |
| Environmental Safety, et al. | 04-CV-1124 |
| Barloworld Handling LP | 04-CV-1125 |
| Equipment Development Co., Inc. | 04-CV-1128 |
| Tioga Inc. | 04-CV-1129 |
| Falcon Power | 04-CV-1130 |
| TIP Dept 0501 | 04-CV-1131 |
| Tire Centers LLC | 04-CV-1133 |
| S&D Tire Inc. | 04-CV-1134 |
| Tullo Truck Stop | 04-CV-1138 |
| Sanford Auto & Truck Parts | 04-CV-1140 |
| Fischer Group | 04-CV-1141 |
| Construction Machinery, Inc. | 04-CV-1142 |
| Valley Rubber & Gasket | 04-CV-1144 |
| Collision Pro | 04-CV-1149 |
| Fleetwing Corp. | 04-CV-1151 |
| Double A | 04-CV-1153 |

| | |
|---|---|
| Fluid Tech Hydraulics, Inc. | 04-CV-1154 |
| Dossey Holdings, Inc. | 04-CV-1155 |
| Archie's Truck Service | 04-CV-1158 |
| Soco Group | 04-CV-1159 |
| Arrow Master, Inc. | 04-CV-1160 |
| CST Coorporation | 04-CV-1161 |
| J&B Auto Supply, Inc. | 04-CV-1162 |
| L&P Financial Services | 04-CV-1165 |
| Vermeer Equipment of Texas Inc. | 04-CV-1166 |
| Delta BCX Printing | 04-CV-1167 |
| Delta Formost Chemical Corporation | 04-CV-1170 |
| Services & Materials, Co. | 04-CV-1171 |
| M & D Distributors | 04-CV-1172 |
| SB Power Tool Corp. | 04-CV-1174 |
| Vermeer Northeast | 04-CV-1175 |
| Husqvarna Forest & Garden | 04-CV-1176 |
| Miller Bros Giant Tire Service- Jacksonville, Inc. | 04-CV-1178 |
| Wayne Miller's Mobile Tire Inc. | 04-CV-1179 |
| Miller Bros Tire | 04-CV-1181 |
| Interstate Battery | 04-CV-1182 |
| Stone Construction Equipment Inc. | 04-CV-1183 |
| Jeff Falkanger & Associates | 04-CV-1184 |
| Mobile Products, Inc. | 04-CV-1186 |
| Sun Coast Resources Inc. | 04-CV-1188 |
| Vermeer Sales of Texas Inc. | 04-CV-1189 |
| Morgan Auto Supply Co. | 04-CV-1191 |
| Morgan Guaranty Trust Company of New York | 04-CV-1192 |

| | |
|---|---|
| Napa Auto Parts | 04-CV-1193 |
| Valley Tire Co., Inc. | 04-CV-1194 |
| Triton Transport Inc | 04-CV-1196 |
| Vector Security Inc | 04-CV-1197 |
| Truck Lease Corp. | 04-CV-1198 |
| Defendants. | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON OCTOBER 11, 2005 AT 10:00 A.M.

### I.     SCHEDULING CONFERENCE

1.    Scheduling conference regarding adversary proceedings commenced by Plaintiff Perry Mandarino, as Trustee (the "Trustee") of the Nationsrent Unsecured Creditor's Liquidating Trust.

*Related documents:*

a.    Order: (I) Setting Procedures to Facilitate Settlement of the Above-Captioned Adversary Proceedings, and (II) Setting October 11, 2005 at 10:00 a.m. as a Status/Scheduling Conference Date in the Above-Captioned Adversary Proceedings [Docket Nos. Various; May 25, 2005]

b.    Affidavit of Terry A. Kelly Regarding Order: (I) Setting Procedures to Facilitate Settlement of the Above-Captioned Adversary Proceedings, and (II) Setting October 11, 2005 at 10:00 a.m. as a Status/Scheduling Conference Date in the Above-Captioned Adversary Proceedings filed by Perry Mandarino [Docket Nos. Various; June 2, 2005]

*Status*:    (i)    *Dismissed Defendants:* The adversary proceedings listed on Exhibit A attached hereto have been dismissed or will be dismissed in the near future.

(ii)    *Scheduling Conference Defendants:* A scheduling conference is going forward with respect to the adversary proceedings listed on Exhibit B attached hereto. The Trustee intends to submit for the Court's consideration the proposed scheduling order attached hereto as Exhibit C.

603610v1

9

*General Status:*        The scheduling conference is going forward.

Dated:  October 4, 2005                    THE BAYARD FIRM

                                           Neil B. Glassman, Esq. (No. 2087)
                                           Ashley B. Stitzer, Esquire (No. 3891)
                                           Mary E. Augustine (No. 4477)
                                           222 Delaware Avenue, Suite 900
                                           Wilmington, Delaware  19801
                                           (302) 655-5000 (telephone)
                                           (302) 658-6395 (facsimile)

                                                -and-

                                           LOWENSTEIN SANDLER PC
                                           Paul Kizel, Esq.
                                           Susan Ericksen, Esq.
                                           65 Livingston Avenue
                                           Roseland, New Jersey 07068
                                           (973) 597-2500 (telephone)
                                           (973) 597-2400 (facsimile)

                                           Attorneys for Perry Mandarino, as Trustee of
                                           the Nationsrent Unsecured Creditor's
                                           Liquidating Trust

603610v1